Justice STEVENS,
concurring.
I join the majority in its entirety. I write separately, however, to reaffirm my support of the importance of the Right-to-Know Law (RTKL).[1] This body of law plays a fundamental, significant role in the administration of Pennsylvania government and promotes broad transparency between the public and its government officials. By allowing access to official government records that the public would ordinarily be unable to obtain, the RTKL gives the public the power to prohibit secrets, scrutinize the acts of public officials, and make those officials accountable for their use of public funds. Coulter v. Dept. of Public Welfare, 65 A.3d 1085 (Pa.Cmwlth.2013); Buehl v. Pennsylvania Dept. of Corrections, 955 A.2d 488 (Pa.Cmwlth.2008). Thus, the RTKL is an invaluable tool in our state government.

. 65 P.S. § 67.101 et. seq.